UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81040-Civ-Marra/Johnson

NAOMI M. DESTY,

    Plaintiff,
v.

SECURITY CREDIT SYSTEMS, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 8). The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby, ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 7th day of October, 2009.

                                                KENNETH A. MARRA
                                                United States District Judge